**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES,**

    **Plaintiff,**

v.                                                  **No. 12-cv-0120 MCA/SMV**

**BOARD OF COUNTY COMMISSIONERS**
**OF THE COUNTY OF OTERO and**
**STATE OF NEW MEXICO,**

    **Defendants.**

**ORDER GRANTING JOINT MOTION TO VACATE INITIAL SCHEDULING ORDER**

THIS MATTER is before the Court on the Parties' Joint Motion to Vacate Initial Scheduling Order and to Set Briefing Schedule [Doc. 21] ("Motion"), filed on June 12, 2012. The parties agree that the most efficient manner for the case to proceed is to vacate the Initial Scheduling Order pending disposition of the anticipated motions for judgment on the pleadings because the motions may dispose of the case without the need for discovery. Because the parties are in agreement and for good cause shown, the Court FINDS that the Motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Vacate Initial Scheduling Order and to Set Briefing Schedule [Doc. 21] is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Initial Scheduling Order [Doc. 19], including its deadlines and settings, is **VACATED**.

**IT IS FURTHER ORDERED, ADJUDGUED, AND DECREED** that any motions for judgment on the pleadings shall be filed on or before **August 15, 2012**.

**IT IS SO ORDRED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**