IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  No. 12-cv-0120 MCA/SMV

**BOARD OF COUNTY COMMISSIONERS**
**OF THE COUNTY OF OTERO and**
**STATE OF NEW MEXICO,**

    Defendants.

### SECOND ORDER AMENDING INITIAL SCHEDULING ORDER

THIS MATTER is before the Court on Plaintiff's August 8, 2012 Unopposed Motion for Extension of Time to File Motions for Judgment on the Pleadings (First Request) [Doc. 23]. The Court, being fully advised in the premises, FINDS that the motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Unopposed Motion for Extension of Time to File Motions for Judgment on the Pleadings (First Request) [Doc. 23] is **GRANTED**. The Order Granting Joint Motion to Vacate Initial Scheduling Order [Doc. 22] is **AMENDED**, and any motions for judgment on the pleadings shall be filed on or before **September 14, 2012**.

    IT IS SO ORDERED.

                                            **STEPHAN M. VIDMAR**
                                            **United States Magistrate Judge**