IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      No. 12-cv-0120 MCA/SMV

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF OTERO and
STATE OF NEW MEXICO,

    Defendants.

## THIRD ORDER AMENDING INITIAL SCHEDULING ORDER

THIS MATTER is before the Court on the United States' September 7, 2012 Unopposed Motion for Extension of Time to File Motions for Judgment on the Pleadings (Second Request) [Doc. 25]. The Court, being fully advised in the premises, FINDS that the motion is well taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Unopposed Motion for Extension of Time to File Motions for Judgment on the Pleadings (Second Request) [Doc. 25] is **GRANTED**. The Order Granting Joint Motion to Vacate Initial Scheduling Order [Doc. 22] is **AMENDED**, and any motions for judgment on the pleadings shall be filed on or before **October 15, 2012**.

    IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**