IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                        No. 12-cv-0120 MCA/SMV

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF OTERO and
STATE OF NEW MEXICO,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR PAGE EXTENSION

THIS MATTER is before the Court on the United States' Unopposed Motion for a Page Extension for its October 15, 2012 Motion for Judgment on the Pleadings [Doc. 28], filed October 15, 2012. The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED** that the United States' Unopposed Motion for a Page Extension for its October 15, 2012 Motion for Judgment on the Pleadings [Doc. 28] is **GRANTED**. The page limit for the United States' Motion for Judgment on the Pleadings is extended to 35 pages.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**