IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                No. 12-cv-0120 MCA/SMV

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF OTERO and
STATE OF NEW MEXICO,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS

THIS MATTER is before the Court on the Defendant Otero County's Unopposed Motion for Extension of Time to File Response to the United States [sic] Motion for Judgment on the Pleadings and for Leave to Exceed the Page Limit [Doc. 31]  The Court, being advised that the Motion is unopposed and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Otero County's Unopposed Motion For Extension of Time to File Response . . . and for Leave to Exceed the Page Limit [Doc. 31] is **GRANTED**.  Otero County shall have until **Monday, December 17, 2012** (45 days in addition to the normal time to respond) to respond to the United States' Motion for Judgment on the Pleadings [Doc. 29]. The page limit for Otero County's response is extended to **35 pages**.

    **IT IS SO ORDERED**.

                                                                       _____
                                                                       **STEPHAN M. VIDMAR**
                                                                       **United States Magistrate Judge**