IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              No. 12-cv-0120 MCA/SMV

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF OTERO and
STATE OF NEW MEXICO,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    July 9, 2013, at 1:30 p.m.

**Matter to be heard**:  Status of case

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for **July 9, 2013, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than four incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than four incoming telephone lines are utilized.