# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       No. 12-cv-0120 MCA/SMV

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF OTERO and
STATE OF NEW MEXICO,

    Defendants.

## SECOND ORDER RESETTING INITIAL SCHEDULING ORDER DEADLINES

THIS MATTER is before the Court on the parties' Joint Motion to Reset Initial Scheduling Order Deadlines [Doc. 51], filed on October 22, 2013. The Court entered its Initial Scheduling Order [Doc. 19] on May 16, 2012.  In order to accommodate a motion for judgment on the pleadings, that order was vacated on June 12, 2012.  Briefing on the motion was extended several times.  [Docs. 32, 26, 24, 22].  The motion was denied on September 23, 2013, [Doc. 49], and the ISO deadlines were reset sua sponte on September 25, 2013, [Doc. 50]. Unfortunately, on October 1, 2013, the federal government underwent a partial shutdown that affected this litigation.  *See* [Doc. 51].  Thus, the Court finds that the Joint Motion is well taken and **GRANTS** the Joint Motion.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT** the Joint Motion to Reset Initial Scheduling Order Deadlines [Doc. 51] is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadlines set forth in the Order Resetting Initial Scheduling Order Deadlines [Doc. 50] are reset as follows:

| | |
|---|---|
| **Meet and Confer by:** | Oct. 29, 2013 |
| **JSR filed by:** | Nov. 12, 2013 |
| **Initial Disclosures due within fourteen days of the meet-and-confer session, but in no event later than:** | Nov. 19, 2013 |
| **Telephonic Rule 16 Initial Scheduling Conference:** | Dec. 5, 2013, at 10:00 a.m. |

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**