IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Stephan M. Vidmar
United States Magistrate Judge

**Clerk's Minutes**

*United States v. Bd. of Cnty. Comm'rs of Otero*, No. 12-cv-0120 MCA/SMV

**March 4, 2014**

| | |
|---|---|
| **Attorneys for Plaintiff:** | Andrew A. Smith |
| | Ruth Fuess Keegan |
| **Attorneys for Defendants**: | Nicholas M. Sydow |
| | A. Blair Dunn |
| **Proceedings**: | Telephonic Status Conference |
| | Liberty – Doña Ana Courtroom |
| *Start Time:* | 10:01 a.m. |
| *Stop Time:* | 10:07 a.m. |
| **Total Time**: | 6 minutes |
| **Clerk**: | SAR |

**Notes**:
— Counsel enter their appearances for the record.
— The Court inquires about the status of discovery.
— The parties indicate that additional discovery may be needed on the issue of standing and to clarify any questions regarding the declaration that will be submitted by the County.
— The parties indicate that a settlement conference is unlikely to be fruitful.
— **The Court will not set a settlement conference in this case unless the parties request one by contacting chambers.**
— There being nothing further, Court is in recess.