# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             No. 12-cv-0120 MCA/SMV

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF OTERO and
STATE OF NEW MEXICO,

    Defendants.

## ORDER STAYING DISCOVERY

THIS MATTER came before the Court on the Parties' May 14, 2014 "Joint Motion to Stay Discovery." The Court finds that the Joint Motion is well taken and GRANTS the Joint Motion. Further discovery is hereby stayed pending resolution of the Parties' cross-motions for summary judgment, subject to reopening should this litigation not be fully resolved on those motions.

IT IS HEREBY ORDERED.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

Approved as to form:

*For Plaintiff United States*:

DAMON MARTINEZ
Acting United States Attorney

MICHAEL H. HOSES

RUTH F. KEEGAN
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274
Michael.Hoses@usdoj.gov
Ruth.F.Keegan@usdoj.gov

ROBERT G. DREHER
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division


/s/ Andrew A. Smith
ANDREW A. SMITH
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 224-1468
Andrew.Smith@usdoj.gov


*For Defendant State of New Mexico*:

GARY K. KING, New Mexico Attorney General

 Electronically approved
NICHOLAS M. SYDOW
Assistant Attorney General
408 Galisteo Street
Santa Fe, NM 87501
Tel.: (505) 827-6021
Fax: (505) 827-6036
nsydow@nmag.gov


*For Defendant Otero County*:

MARTIN E. THREET & ASSOCIATES

Electronically approved
MARTIN E. THREET
A. BLAIR DUNN
6605 Uptown Blvd NE

Suite 280
Albuquerque, NM 87110
505-881-5155
Fax: 505-881-5356
abdunn@ablairdunn-esq.com