IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                       Civ. No. 12-cv-0120 MCA/SMV

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF OTERO and
STATE OF NEW MEXICO,

    Defendants.

## THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the United States hereby moves for summary judgment on all of its claims in this matter. The United States' Complaint for Declaratory and Injunctive Relief ("Complaint"), ECF No. 1, raises two counts, one against the State of New Mexico and one against the Board of County Commissioners of the County of Otero ("Otero County"). Count I seeks a declaration that NMSA § 4-36-11 (2001) ("New Mexico Statute," ECF No. 1-1) is preempted by Federal law and is unconstitutional, invalid, null, and void. ECF No. 1 ¶¶ 49-55 (Count I). Count II seeks a declaration that Otero County Resolution #05-23-11/99-50 ("Resolution," ECF No. 1-2) is also preempted by Federal law and is unconstitutional, invalid, null, and void. ECF No. 1 ¶¶ 56-61 (Count II). Summary judgment in favor of the United States is appropriate because there is no dispute of material fact and the United States is entitled to judgment as a matter of law. The United States therefore respectfully requests that the Court enter summary judgment in its favor on Counts I and II, and deny Otero

County's motion for summary judgment, ECF No. 63. Defendants, through counsel of record, have been consulted and oppose this Motion.

Respectfully submitted this 4th day of June, 2014.

                                          DAMON P. MARTINEZ
                                        United States Attorney
                                        MICHAEL H. HOSES
                                        Civil Chief
                                        RUTH F. KEEGAN
                                        Assistant United States Attorney
                                        P.O. Box 607
                                        Albuquerque, New Mexico  87103
                                        (505) 346-7274
                                        Michael.Hoses@usdoj.gov
                                        Ruth.F.Keegan@usdoj.gov

                                        SAM HIRSCH
                                        Acting Assistant Attorney General
                                        U.S. Department of Justice
                                        Environment and Natural Resources Division

                                         /s/ Andrew A. Smith
                                        ANDREW A. SMITH
                                        Senior Trial Attorney
                                        Natural Resources Section
                                        c/o United States Attorney's Office
                                        P.O. Box 607
                                        Albuquerque, New Mexico 87103
                                        Phone:  (505) 224-1468
                                        Fax:  (505) 346-7205
                                        Andrew.Smith@usdoj.gov

*Of Counsel*:

    STEVE HATTENBACH
    Office of General Counsel
    U.S. Department of Agriculture

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 4, 2014, Plaintiff filed through the United States District Court ECF System the foregoing Notice to be served by CM/ECF electronic filing on all counsel of record.

      /s/ Andrew A. Smith
ANDREW A. SMITH
U.S. Department of Justice