IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                No. 12-cv-0120 MCA/SMV

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF OTERO and
STATE OF NEW MEXICO,

    Defendants.

### NOTICE OF THE PARTIES' STIPULATED EXTENSIONS FOR RESPONSES AND REPLIES TO THE UNITED STATES' AND STATE OF NEW MEXICO'S JUNE 4, 2014 SUMMARY JUDGMENT PAPERS

Pursuant to D.N.M. LR-Civ. 7.4(a), Defendant Otero County, by and through undersigned counsel of record, hereby notifies the Court that the Parties have agreed to extensions of time for Otero County and the State of New Mexico to file any responses and replies to the United States' June 4, 2014 opening summary judgment papers, ECF Nos. 70 and 71, and the State's June 4, 2014 response to Otero County's motion for summary judgment, ECF No. 72.  The extensions are necessary to accommodate other litigation, congressional testimony on related matters, and personal health obligationsof counsel.  The agreed-upon due date for the response and reply briefs is now August 15, 2014.  The  extensions will not interfere with any case management schedule in this matter.

The Parties have also stipulated and agreed that the United States' reply to the State's response to Otero County's motion for summary judgment, ECF No. 72 (which concerns the United States' standing), will be consolidated with the United States' reply to the State's response to the United States' June 4, 2014 opening summary judgment papers, ECF Nos. 70 and

71. The due date for the United States' reply briefs will be determined following the filing of the briefs filed by Otero County and the State on August 15, 2014.

Respectfully submitted this 15th of July, 2014,

By: /s/ A. Blair Dunn
A. Blair Dunn, Esq., *Of Counsel*
Martin E. Threet, Esq.
Counsel for Otero County Defendants
Martin E. Threet & Associates
6605 Uptown Blvd NE, Ste 280
Albuquerque, NM 87110

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2014, Defendant filed through the United States District Court ECF System the foregoing Notice to be served by CM/ECF electronic filing on counsel of record.

/s/ A. Blair Dunn
A. Blair Dunn, Esq.

2